**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA RENEE KUMAR, ) | Case No.: 8:19-cv-00685-ADS |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES AND EXPENSES |
| ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL, ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, ) | U.S.C. § 1920 |
| ) | |
| Defendant ) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $5,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   12/3/2020

                          /s/ Autumn D. Spaeth
                  THE HONORABLE AUTUMN D. SPAETH
                  UNITED STATES MAGISTRATE JUDGE